No. 74–5747.  GRIFFIN *v.* NANGLE ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 74–5749.  BERKOWITZ *v.* OHIO.  Sup. Ct. Ohio. Certiorari denied.

No. 74–5755.  NICHOLS *v.* NELSON, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 74–5762.  STURGIS *v.* ILLINOIS.  Sup. Ct. Ill. Certiorari denied.

No. 74–5763.  HOUSTON *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 74–5764.  MASON *v.* ARIZONA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 74–5766.  GILMAN *v.* ILLINOIS.  Sup. Ct. Ill. Certiorari denied.

No. 74–5768.  HAMILTON ET AL. *v.* KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 74–5770.  FRANZ *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 74–5772.  DIAZ *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 74–5773.  GONZALEZ *v.* LaVALLEE, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 74–5780.  DAVENPORT *v.* ILLINOIS.  App. Ct. Ill., 1st Jud. Dist.  Certiorari denied.